UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23-cv-299-MOC

| | |
|---|---|
| TERECITA DEJESUS PLASENCIA, ) | |
| ) | |
| Plaintiff, pro se, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| ) | |
| LOWE'S COMPANIES, INC., ) | |
| ) | |
| Defendant. | |

**THIS MATTER** is before the Court on Plaintiff's pro se Motion for Entry of Default. (Doc. No. 12). Defendant has filed a response in opposition, (Doc. No. 14), and Plaintiff has filed a Reply (Doc. No. 15). For the reasons stated in Defendant's brief in opposition, the Court denies Plaintiff's motion. Specifically, as Defendant notes in its brief, Defendant has timely filed an Answer to Plaintiff's Complaint. An entry of default is therefore not proper.

In addition, the Court warns Plaintiff that it appears that the person filing on Plaintiff's behalf, Robert Peter Paul Jakaitis, is not entered as counsel of record in this case and does not appear to be an attorney. The Court warns Plaintiff that a person who is not an attorney is not allowed to represent Plaintiff in this action, as that constitutes the unauthorized practice of law.

**IT IS SO ORDERED**.

Signed: July 14, 2023

Max O. Cogburn Jr.
United States District Judge

1