IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CASE NO: 3:23-CV-00299-MOC-DCK

TERECITA DEJESUS PLASENCIA, )
)
    Plaintiff, )
)
v. )    **CERTIFICATION OF**
)    **MEDIATION SESSION**
LOWE'S COMPANIES, INC. )
d/b/a LOWE's, )
)
    Defendant. )
_____)

    The undersigned mediator reports the following result of a Mediated Settlement Conference held on March 27, 2024.

    1.    The following individuals, parties, corporate representatives, and/or claims professionals attended and were available to participate in the session, and the appropriate individuals possessed the requisite settlement authority:

      __X__    All individual parties and their counsel.
      __X__    Designated corporate and organizational representatives.
      _____    Claims professionals.
      _____    Other (describe).

    2.    The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or failed to participate as ordered: __Not Applicable__.

    3.    The outcome of the mediation session was:

__X__    <u>The parties have reached an impasse</u>.

_____    <u>The case has completely settled</u>. Counsel will promptly notify the Court of settlement by:

      _____    The filing of a settlement agreement signed by the parties within thirty (30) days of the filing of this report.

      _____    The filing of a stipulation of dismissal signed by the parties within thirty (30) days of the filing of this report.

_____    <u>The case has been partially resolved</u>. Counsel will file a joint stipulation regarding those claims which have been resolved within thirty (30) days of the filing of this report. The report shall also contain a brief summary of the remaining issues for the Court to resolve.

I certify that the above is a true and accurate report regarding the result of the Mediated Settlement Conference.

This 2nd day of April, 2024.

*Sarah J. Kromer*
Sarah Kromer, Mediator

Sarah J. Kromer PLLC
7615 Colony Road, Suite 210
Charlotte, North Carolina 28226
Phone: (704) 688-5040
Email: sarah@sarahkromer.com

CERTIFICATE OF SERVICE

I hereby certify that I have this date served counsel for all parties with the Certification of Mediation Session by sending a copy thereof to the following via email and U.S. mail:

Ms. Jennifer Spyker
Tin Fulton Walker & Owen, PLLC
301 East Park Avenue
Charlotte, NC 28203

Mr. James Powell
Womble Bond Dickinson (US) LLP
300 N. Greene Street, Suite 1900
Greensboro, NC 27401

This 2nd day of April, 2024.

*Sarah J. Kromer*
Sarah Kromer, Mediator

Sarah J. Kromer PLLC
7615 Colony Road, Suite 210
Charlotte, North Carolina 28226
Phone: (704) 688-5040
Email: sarah@sarahkromer.com