IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-299-MOC-DCK

| TERECITA DEJESUS PLASENCIA, | ) | |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| LOWE'S COMPANIES INC., | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Motion To Stay Proceedings Pending Investigations" (Document No. 31) filed June 20, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will deny the motion.

By the instant motion, *pro se* Plaintiff requests that the Court "stay all proceedings in this case . . . through investigations by the appropriate authorities into the criminal and civil matters involving Lowe's Companies, Inc. and its principals." (Document No. 31, p. 1). Plaintiff provides of list of proposed investigations to be conducted by multiple federal agencies; however, there is no indication that any of these proposed investigations have been initiated, or when/if they are likely to be initiated. (Document No. 31, pp. 1-2).

"Defendant's Response..." (Document No. 33) was filed on June 24, 2024. Defendant notes that an identical motion to stay was filed in Plaintiff's husband's related lawsuit, Jakaitis v. Lowe's Companies, Inc., 3:23-CV-658-MOC-SCR-658 (Document No. 13) (W.D.N.C. June 21, 2024), and was promptly denied by Judge Rodriguez. Defendant asserts that "there is no legitimate

reason to stay proceedings in this matter." (Document No. 33, p. 2). Moreover, "Plaintiff's allegations of management misconduct, sexual harassment, and other alleged wrongdoing are also the subject of the Complaint," and according to the Complaint, have already been submitted to the EEOC which "issued Letter of Determination as to Lowe's." Id. (citing Document No. 1-1, p. 5).

Based on the foregoing, the undersigned is not persuaded that a stay of this matter is necessary or appropriate.

**IT IS, THEREFORE, ORDERED** that "Plaintiff's Motion To Stay Proceedings Pending Investigations" (Document No. 31) is **DENIED**.

**IT IS FURTHER ORDERED** that the parties shall conduct their Initial Attorney's Conference as noticed by the Court on June 13, 2024, pursuant to LCvR 16.1.

The Clerk of Court is directed to send a copy of this Order to *pro se* Plaintiff by certified U.S. Mail, return receipt requested.

**SO ORDERED**.

Signed: June 25, 2024

David C. Keesler
United States Magistrate Judge