UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23-cv-658-MOC

| ROBERT PETER PAUL JAKAITIS, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| LOWE'S COMPANIES, INC., d/b/a LOWE'S, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant Lowe's Companies, Inc.'s, Motion to Consolidate this action for discovery and other pre-trial matters with <u>Plasencia v. Lowe's Cos., Inc.</u>, W.D.N.C. No. 3:23-cv-299-MOC-DCK. (Doc. No. 16). Pro se Plaintiff opposes the motion.

The motion is **GRANTED**, and these matters shall be consolidated solely for the purposes of discovery and pre-trial matters.

**SO ORDERED**.

Signed August 7, 2024

Max O. Cogburn Jr
United States District Judge

1