# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### Civil Case No. 3:23-cv-299-MOC-DCK
### Consolidated Case No. 3:23-cv-00658-MOC-DCK

FILED

Statesville, NC

MAY - 7 2026

Clerk, US District Court
Western District of NC

| | |
|---|---|
| TERECITA DEJESUS PLASENCIA, ROBERT PETER PAUL JAKAITIS, PRO-SE PLAINTIFFS, <br><br> v. <br><br> LOWE'S COMPANIES, INC. d/b/a LOWE'S, DEFENDANT. | NOTICE OF APPEAL |

## NOTICE OF APPEAL

Notice is hereby given that Robert Peter Paul Jakaitis, Pro Se Consolidated Plaintiff in the above-captioned action, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the following Orders entered in this action:

1. The Order (Doc. 140) entered January 27, 2026, granting Defendant's Motions for Summary Judgment;

2. The Order (Doc. 149) entered March 2, 2026, denying Consolidated Plaintiff Jakaitis's Motion for Sanctions (Doc. 116) and Consolidated Plaintiff Jakaitis's Motion for Sanctions Pursuant to Rule 11 (Doc. 131);

3. The Amended Order (Doc. 154) entered March 3, 2026, which amended the Court's March 2, 2026 Order on Motions for Sanctions (Doc. 149) and directed entry of judgment in favor of Defendant;

1

4. The Clerk's Judgment (Doc. 155) entered March 3, 2026;

5. The Order (Doc. 157) entered March 18, 2026, insofar as it denied Consolidated Plaintiff Jakaitis's application to proceed in forma pauperis (Doc. 151) and Consolidated Plaintiff Jakaitis's motion for transcripts at government expense (Doc. 151); and

6. The Order (Doc. 161) entered April 7, 2026, denying Plaintiffs' Rule 59(e) motion (Doc. 146, filed February 25, 2026) to alter or amend judgment.

Consolidated Plaintiff further appeals from all prior interlocutory orders and rulings that merged into the final judgment.

This is the 2th day of May, 2026.

Respectfully submitted,

Robert Peter Paul Jakaitis, Pro Se
19705 Acasia Pl Cornelius, North Carolina 28031
Telephone: (704) 236-3574
Consolidated Plaintiff Email: loweslawsuitcommunication@gmail.com

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **NOTICE OF APPEAL** was served by United States Mail, first-class postage prepaid, on the following counsels of record:

Womble Bond Dickinson LLP Attorneys for Defendant
James M. Powell (NC State Bar 12521)
Gerard M. Clodomir (NC State Bar No. 54176)
300 N. Greene Street, Suite 1900 Greensboro
North Carolina 27401

This is the 7th day of May, 2026.

Robert Peter Paul Jakaitis, Pro Se Consolidated Plaintiff
19705 Acasia Pl., Cornelius, North Carolina 28031
Contact Telephone: (704) 236-3574
Email: loweslawsuitcommunication@gmail.com

3