FILED:  July 10, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-1577
(3:23-cv-00299-MOC-DCK)
(3:23-cv-00658-MOC-DCK)

_____

ROBERT PETER PAUL JAKAITIS

       Plaintiff - Appellant

 and

TERECITA DEJESUS PLASENCIA

       Plaintiff

v.

LOWE'S COMPANIES, INC., d/b/a Lowe's

       Defendant - Appellee

_____

O R D E R

_____

The court grants leave to proceed in forma pauperis.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk